NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOAO CONTROL & MONITORING SYSTEMS, LLC (FORMERLY KNOWN AS JOAO CONTROL & MONITORING SYSTEMS OF CALIFORNIA, LLC),**
*Plaintiff-Appellant,*

**v.**

**SMARTVUE CORPORATION,**
*Defendant-Appellee,*

AND

**XANBOO, INC. (NOW KNOWN AS AT&T DIGITAL LIFE, INC.),**
*Defendant.*

---

2012-1637

---

Appeal from the United States District Court for the Central District of California in case no. 10-CV-1909, Judge David O. Carter.

---

**ON MOTION**

---

**O R D E R**

JOAO CONTROL V. SMARTVUE CORPORATION                      2

Joao Control and Monitoring Systems, LLC moves to file its brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Smartvue Corporation's brief is due 60 days from the date of this order.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26